PER CURIAM.
Affirmed. Anderson v. SeaEscape Ltd., Inc., 541 So.2d 1339 (Fla. 2d DCA 1989); Barone v. Scandinavian World Cruises (Bahamas) Ltd., 531 So.2d 1036 n. 1 (Fla. 3d DCA 1988); Rindfleisch v. Carnival Cruise Lines, Inc., 498 So.2d 488 (Fla. 3d DCA 1986); Hallman v. Carnival Cruise Lines, Inc., 459 So.2d 378 (Fla. 3d DCA 1988); Marek v. Marpan Two, Inc., 817 F.2d 242 (3d Cir.1987); Carpenter v. Klosters Rederi A/S, 604 F.2d 11 (5th Cir.1979); Branch v. Schumann, 445 F.2d 175 (5th Cir.1971); DeCarlo v. Italian Line, 416 F.Supp. 1136 (S.D.N.Y.1976); Peoples v. Croisieres Paquet, 1988 A.M.C. 2229, 1988 WL 143414 (D.Or.1988); Barkin v. Norwe *1197 gian Caribbean Lines, 1988 A.M.C. 645 (D.Mass.1987); Ciliberto v. Carnival Cruise Lines, Inc., 1986 A.M.C. 2317, 1986 WL 2560 (E.D.Pa.1986). Title 46 U.S.C. App. § 183(b).